FILED
HARRISBURG, PA
OCT 1 9 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : NO. 1:16-CR-303
: (JUDGE Rambo )
v. :
:
STEPHAYNE McCLURE-POTTS and :
MICHAEL POTTS, :
Defendants. :

# INDICTMENT

THE GRAND JURY CHARGES:

## COUNT 1
(Social Security Fraud)

Between on or about January 15, 2013, and December 23, 2013, in Dauphin County, within the Middle District of Pennsylvania, the defendant,

STEPHAYNE McCLURE-POTTS,

willfully and knowingly furnished and caused to be furnished false information to the Commissioner of Social Security, required in connection with the establishment and maintenance of the records provided for in 42 U.S.C. § 405(c)(2), with intent to deceive the Commissioner of Social Security as to the true identity of "A.S.," a native and citizen of Ukraine whose identity is known to the Grand

Jury, to wit: the defendant falsely claimed "A.S.," a native and citizen of Ukraine, born in 1992, was actually her son under the fictitious name and identity of Asher Samuel Potts, a United States citizen born on September 3, 1997, which the defendant then well knew to be false.

All in violation of Title 42, United States Code, Section 408(a)(6).

THE GRAND JURY FURTHER CHARGES:

<u>COUNT 2</u>
(Harboring Illegal Alien)

Between on or about March 2013, through on or about August 2015, in the Middle District of Pennsylvania, the defendants,

STEPHAYNE McCLURE-POTTS and
MICHAEL POTTS,

knowing and in reckless disregard of the fact that an alien, namely, an individual known as "A.S.," a native and citizen of Ukraine whose identity is known to the Grand Jury, had remained in the United States in violation of law, did harbor such alien in buildings and other places for the purpose of commercial advantage and private financial gain and did aid, abet, counsel, command, induce and procure the same.

All in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iii) and 2.

THE GRAND JURY FURTHER CHARGES:

**COUNT 3**
(Unlawful Conduct with Respect to
Documets in Furtherance of Forced Labor)

Between on or about March 2013 through on or about August 2015, in the Middle District of Pennsylvania, the defendant,

**STEPHAYNE McCLURE-POTTS,**

did knowingly conceal, remove, confiscate, and possess an actual passport, other immigration document and other government identification of "A.S.," a native and citizen of Ukraine whose identity is known to the Grand Jury, in the course of a violation of Title 18, United States Code, Sections 1589 and 1590, and with intent to violate Title 18, United States Code, Sections 1589 and 1590.

All in violation of Title 18, United States Code, Section 1592(a).

BRUCE D. BRANDLER
UNITED STATES ATTORNEY

TRUE BILL

[redacted]

FOREPERSON

DARYL F. BLOOM
ASSISTANT U.S. ATTORNEY

10/19/16
DATE